ACCEPTED
01-14-00807-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 9:38:08 AM
CHRISTOPHER PRINE
CLERK

## No. 1-14-00807-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

─────────────◆─────────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/9/2015 9:38:08 AM

CHRISTOPHER A. PRINE
Clerk

### No. 1923909
In County Criminal Court of Law No. 12
Of Harris County, Texas

─────────────◆─────────────

**ALLISON LEIGH CAMPBELL,** *Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

─────────────◆─────────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

─────────────◆─────────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with driving while intoxicated, alleged to have occurred on October 13, 2013 . Appellant was convicted and sentenced to one year in the Harris County Jail, probated for one year, and a five hundred dollar fine on September 10, 2014. Appellant gave notice of appeal on September 24, 2014.

2. The State's brief is due on February 9, 2015. The State hereby requests an extension for the filing of the State's brief until March 11th, 2015.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The undersigned attorney started work at the District Attorney's Office on January 26th, 20015, and has filed two briefs within that amount of time.

1) Matthew Vincent Woodard v. The State of Texas
   No. 14-13-00609-CR
   State's Brief filed January 28, 2015

2) Arturo Chaves v. The State of Texas
   No. 14-13-00609-CR
   State's Brief filed February 2, 2015

3) Louis Charles Kirk v. The State of Texas
   No. 14-14-00168-CR
   State's Brief filed February 5, 2015

In addition, the undersigned attorney has been assigned the following briefs in addition to the brief due today.

1) Robinson v. The State of Texas
   No. 1-14-00656-CR
   State's Brief due February 11, 2015

2) Hollins v. The State of Texas
   No. 1-14-00744-CR and 1-14-00746-CR
   State's Brief due March 4, 2015

3) Puckett v. The State of Texas
   No. 14-14-00313-CR
   State's Brief due March 9, 2015

4. This is the State's first request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested

extension.

Respectfully submitted,

/s/  Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Paul Mewis
Attorney at Law
4202 Windy Chase Lance
Katy, Texas 77494
paul@mewislaw.com

/s/  Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826

February 9, 2015